FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERONICA T.,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:18-cv-03180-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO REMAND** |

    Before the Court is the parties' Stipulated Motion for Remand, ECF No. 18. The motion was heard without oral argument and on an expedited basis.

    The parties ask the Court to reverse the decision of the Commissioner and remand for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

    Accordingly, **IT IS HEREBY ORDERED:**

    1.   The parties' Stipulated Motion for Remand, ECF No. 18, is **GRANTED**.

    2.   The decision of the Commissioner is reversed and remanded for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the case to an administrative law judge (ALJ), who shall update the medical records, offer Plaintiff the opportunity for a hearing, and issue a new decision.

**ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENTION OF TIME** ~ 1

3. Upon remand, the Appeals Council will direct the ALJ to reevaluate the opinion evidence in accordance with 20 C.F.R. § 404.1527 and reevaluate Plaintiff's residual functional capacity in accordance with Social Security Ruling 96-8p. If warranted, the ALJ will obtain supplemental vocational expert evidence and determine whether the evidence is consistent with the DOT in accordance with Social Security Ruling 00-4p.

4. Reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

5. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 23rd day of April 2019.



                    Stanley A. Bastian
                    United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENTION OF TIME** ~ 2