# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

VERONICA T.,

)

*Plaintiff*

)

v.

)

**Jun 06, 2019**

SEAN F. McAVOY, CLERK

COMMISSIONER OF SOCIAL SECURITY,

)

Civil Action No.   1:18-CV-03180-SAB

)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

✔   other:   Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 21) is GRANTED.  Judgment is entered in favor of Plaintiff and against Defendant in the amount of $4,455.36.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision was reached.

✔   decided by Judge   Stanley A. Bastian _____ on a motion for EAJA Attorney's Fees (ECF No. 21).

Date:   6/6/2019 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen
_____